UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-149 |
| | ) |
| JUSTIN CLAUDE RICHARDSON | ) |

**O R D E R**

The defendant has pled guilty to receiving child pornography. He is presently scheduled for sentencing on September 2, 2021.

The Presentence Investigation Report was disclosed on July 26, 2021 [doc. 51], informing the Court and the defendant that six purported victims seek restitution. [*Id.*, ¶¶ 19, 95]. In light of that new information, it is **ORDERED** that:

1. The sentencing hearing presently set for September 2, 2021, is **CANCELED** pending further order of the Court.

2. Absent an agreement as to the amounts of restitution, the United States and the defendant **SHALL** file briefing on that issue no later than September 10, 2021. The briefing **shall** be accompanied by **all** relevant documentation. Response briefs, if any, must be filed no later than September 17, 2021. The parties' briefing **shall**, with specificity, explain the exact amount of restitution argued for by that party as to this defendant and as to each claimant, consistent with *United States v. Gamble*, 709 F.3d 541 (6th Cir. 2013) and *Paroline v. United States*, 572 U.S. 434 (2014). "It is not sufficient for a party to mention a possible argument in the most skeletal way, leaving the court to ... put flesh on its bones." *United States v. Cole*, 359 F.3d 420, 428 n.13 (6th Cir. 2004) (citation omitted).

3. The Clerk of Court is directed to mail a copy of this order to counsel for each restitution claimant as follows:

Marsh Law Firm PLLC (on behalf of Fiona)
Box 4668 # 65135
New York, NY 10163-4668

Cusack, Gilfillan & O'Day LLC (on behalf of Cindy)
415 Hamilton Boulevard
Peoria, IL 61602

Marsh Law Firm PLLC (on behalf of Jenny)
Box 4668 # 65135
New York, NY 10163-4668

Utah Crime Victims Legal Clinic (on behalf of Anna)
404 East 4500 South, Suite B24
Salt Lake City, UT 84107

Deborah A. Bianco P.S. (on behalf of Jessy)
14535 Bellevue-Redmond Road, # 201
Bellevue, WA 98007

Deborah A. Bianco P.S. (on behalf of Pia)
14535 Bellevue-Redmond Road, # 201
Bellevue, WA 98007

Should any claimant's counsel wish to submit additional briefing beyond that contained in their restitution packet, counsel shall do so in strict compliance with the briefing procedures set forth above.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge